IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SALLY HALTERMAN | § | |
| | § | |
| V. | § | A-11-CA-521- AWA |
| | § | |
| UNITED PARCEL SERVICE, INC. | § | |

## FINAL JUDGMENT

The Court this date granted the Joint Motion to Dismiss dismissing all claims in this case. Based on that opinion, the Court **HEREBY ORDERS** that Plaintiff take nothing on her claims against the Defendant, with each party to bear its own costs.

**IT IS FURTHER ORDERED** that any pending motions are **DENIED AS MOOT**, that any settings in this case are **CANCELED** and this case be **CLOSED**.

SIGNED this 8th day of June, 2012.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE